IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| EILEEN KIS, | CV 18–88–M–DWM |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| JO-ANN STORES, LLC, an Ohio limited liability company, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. The jury trial set for September 23, 2019, is VACATED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 19th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court